**Order entered March 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00280-CR

### EX PARTE CHRISTOPHER RION

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. WX18-90101-L

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **March 22, 2019**. We **ORDER** that the clerk's record contain copies of the indictment, the application for writ of habeas corpus, appellant's supplemental briefing, the State's response, the trial court's order denying relief, any other documents related to the application for writ of habeas corpus, the trial court's certification of appellant's right to appeal, and any additional documents the parties designate.

We **ORDER** Official Court Reporter Victoria Franklin to file, by **March 22, 2019**, either the reporter's record or a letter verifying that no hearing was conducted on the writ application.

We **ORDER** appellant to file his brief by **April 12, 2019**. We **ORDER** the State to file its brief by **May 3, 2019**. If either party fails to file a timely brief, the case will be submitted without that party's brief. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Victoria Franklin, official court reporter, Criminal District Court No. 5; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/ BILL PEDERSEN, III
JUSTICE